UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SIMMONS BANK                                                                                          PLAINTIFF

v.                                        No. 5:22-cv-05004

UFOTJENJU LLC, et. al                                                                          DEFENDANTS

## ORDER

On June 28, 2022, the Court entered an order (Doc. 54) withholding ruling on attorney Rick Woods's motion to withdraw (Doc. 53) and directing new counsel for Defendant Goldman Gruder & Woods, LLC ("Goldman") to enter an appearance by July 28, 2022.  No counsel entered a notice of appearance on behalf of Goldman.  Because Goldman is a limited liability company, it cannot represent itself *pro se*.  *See Ackra Direct Mktg. Corp. v. Fingerhut Corp.*, 86 F.3d 852, 857 (8th Cir. 1996).  Goldman is directed to obtain counsel and have counsel enter an appearance in this case on or before **August 12, 2022**.  Goldman's failure to obtain counsel by August 12, 2022, will result in entry of default judgment.  *See Cape Dogwood Redevelopment Corp. v. Glob. Bowling, LLC*, No. 1:19-CV-23, 2020 WL 4039310, at *1 (E.D. Mo. July 17, 2020) ("Entry of default is appropriate where a defendant corporation fails to comply with a court order to obtain counsel." (quotations and citations omitted)).  Mr. Woods is directed to provide Goldman a copy of this order by certified mail/return receipt and by email and file a notice stating the order has been sent.  Once Mr. Woods files notice, the Court will grant his motion to withdraw.

IT IS SO ORDERED on this 1st day of August, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE